**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 73 MAL 2015
                                   :
                 Respondent     :
                                     : Petition for Allowance of Appeal from the
                                     : Order of the Superior Court
               v.                       :
                                     :
                                     :
ERIC WRIGHT,                           :
                                     :
               Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.